UNITED STATE DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.                                                          CRIMINAL NO.: 3:12-cr-106 DCB-FKB

JEROME GORDON WELLINGTON                                    DEFENDANT

### ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses Counts 1, 2, and 4-26 of the Indictment against JEROME GORDON WELLINGTON without prejudice.

GREGORY K. DAVIS
United States Attorney

By:   *S/Darren J. LaMarca*
      DARREN J. LAMARCA
      Assistant U.S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

ORDERED this 12th day of December, 2013.

UNITED STATES DISTRICT JUDGE